BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: DOMESTIC AIRLINE TRAVEL ) MDL No.
ANTITRUST LITIGATION )

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions and this Certificate of Service was served by First Class Mail on July 6, 2015, to the following:

Clerk, Northern District of Illinois
Chicago, IL

Clerk, Northern District California
San Francisco, CA

Clerk, Southern District of NY
White Plains, NY

Clerk, Eastern District of NY
Brooklyn, NY

Delta Air Lines, Inc.
1030 Delta Boulevard
Atlanta, Georgia 30354-1989

Southwest Airlines
2702 Love Field Drive
Dallas, Texas 75235

United Continental Holdings, Inc.
233 South Wacker Drive
Chicago, Illinois 60606

United Airlines, Inc.
233 S. Wacker Drive
Chicago, IL 60606

American Airlines Group, Inc.
4333 Amon Carter Boulevard, MD 5675
Fort Worth, Texas 76155

1

American Airlines, Inc.
4333 Amon Carter Boulevard, MD 5675
Fort Worth, Texas 76155

                        BY:    */s/ Steven A. Hart*

Steven A. Hart (#6211008)
Robert J. McLaughlin (#6272701)
Brian H. Eldridge (#6281336)
**SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.**
233 South Wacker Drive
Willis Tower-Suite 5500
Chicago, Illinois 60606
Telephone: (312) 645-7800
Facsimile: (312) 645-7711
shart@smsm.com

*One of the Attorneys for Plaintiffs Anooshirvan Bidgoli, Barbara Hunter, and Annie Migdal and the Putative Class*