BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION  ) ) ) ) ) | MDL No. |

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions and this Certificate of Service was served by First Class Mail on July 6, 2015, to the following:

Clerk, Northern District of Illinois
Chicago, IL

Clerk, Northern District California
San Francisco, CA

Clerk, Southern District of NY
White Plains, NY

Clerk, Eastern District of NY
Brooklyn, NY

Delta Air Lines, Inc.
1030 Delta Boulevard
Atlanta, Georgia 30354-1989

Southwest Airlines
2702 Love Field Drive
Dallas, Texas 75235

United Continental Holdings, Inc.
233 South Wacker Drive
Chicago, Illinois 60606

United Airlines, Inc.
233 S. Wacker Drive
Chicago, IL 60606

American Airlines Group, Inc.
4333 Amon Carter Boulevard, MD 5675
Fort Worth, Texas 76155

American Airlines, Inc.
4333 Amon Carter Boulevard, MD 5675
Fort Worth, Texas 76155

**Counsel for Kathryn Lavin**
Christopher L. Lebsock
Hausfeld LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
P: (415) 358-1949
Clebsock@hausfeldllp.com

Michael Paul Lehmann
Hausfeld LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
P: (415) 358-1949
mlehmann@hausfeldllp.com

**Counsel for Christopher Devivo and Jay Winton**
Barbara J. Hart
Lowey Dannenberg Cohen & Hart PC
White Plains Plaza
One North Broadway
Suite 509
White Plains, NY 10601
P: (914) 997-0500
bhart@lowey.com

**Counsel for Steven Hersh**
Linda P. Nussbaum
Nussbaum Law Group, PC
570 Lexington Avenue, 19th Floor
New York, NY 10022
P: (212) 702-7053
lnussbaum@nussbaumpc.com

BY:  /s/ *Steven A. Hart*

Steven A. Hart (#6211008)
Robert J. McLaughlin (#6272701)
Brian H. Eldridge (#6281336)
**SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.**
233 South Wacker Drive
Willis Tower-Suite 5500
Chicago, Illinois 60606
Telephone: (312) 645-7800
Facsimile: (312) 645-7711
shart@smsm.com

*One of the Attorneys for Plaintiffs Anooshirvan Bidgoli, Barbara Hunter, and Annie Migdal and the Putative Class*