# EXHIBIT 1

BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re DOMESTIC AIRLINE TRAVEL ANTITRUST LITIGATION | )  MDL No. 2656 )  ) |

**SCHEDULE OF ACTIONS**

| No. | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1. | **Plaintiff**: Charles Carte<br><br>**Defendants**:<br>American Airlines Group Inc., American Airlines, Inc.,<br>Delta Air Lines, Inc., Southwest Airlines Co.,<br>United Continental Holdings, Inc., United Airlines, Inc. | C.D. California (Western Division - Los Angeles) | 2:15cv5208 | Conseulo B. Marshall |
| 2. | **Plaintiff**: Kathryn Lavin<br><br>**Defendants**: American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Airlines, Inc. | N.D. California (San Francisco) | 3:15cv3090 | Charles R. Breyer |
| 3. | **Plaintiff**: Michele Andrade<br><br>**Defendants**: American Airlines Group, Inc., American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Continental Holdings, Inc., United Airlines, Inc. | N.D. California (San Francisco) | 3:15cv3111 | Charles R. Breyer |
| 4. | **Plaintiff**: Michael Backus<br><br>**Defendants**: Delta Air Lines, Inc., American Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. | N.D. California (San Francisco) | 3:15cv3137 | Charles R. Breyer |
| 5. | **Plaintiff**: Barbara E. Hartley<br><br>**Defendants**: American Airlines, Inc., United Airlines, Inc., American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co. | N.D. California (San Francisco) | 3:15cv3176 | Charles R. Breyer |
| 6. | **Plaintiff**: Craig Kelly<br><br>**Defendants**:  American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Airlines, Inc. | N.D. California (San Francisco) | 3:15cv3222 | Charles R. Breyer |

| No. | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 7. | **Plaintiffs**: James Grimes, Michael Coffey, Jr.<br><br>**Defendants**: American Airlines Group Inc., American, Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Continental Holdings, Inc., United Airlines, Inc. | N.D. California (San Francisco) | 3:15cv3269 | Charles R. Breyer |
| 8. | **Plaintiff**: Richard King<br><br>**Defendants**: American Airlines, Inc., Delta Airlines, Inc. Southwest Airlines, Co., United Airlines, Inc. | N.D. California (San Francisco) | 3:15cv3296 | Charles R. Breyer |
| 9. | **Plaintiff**: Mingli Chen<br><br>**Defendants**: American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Airlines, Inc. | N.D. California (San Francisco) | 3:15cv3342 | Charles R. Breyer |
| 10. | **Plaintiff**: Stephanie Jung<br><br>**Defendants**: American Airlines, Inc., Delta Airlines, Inc. Southwest Airlines, Co., United Airlines, Inc. | N.D. California (San Francisco) | 3:15cv3362 | Charles R. Breyer |
| 11. | **Plaintiff**: Cherokii Verduzco<br><br>**Defendants**: American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Airlines, Inc. | N.D. California (San Francisco) | 3:15cv3374 | Charles R. Breyer |
| 12. | **Plaintiff**: Judy A. Reiber<br><br>**Defendants**: American Airlines, Inc., Delta Air Lines, Inc. Southwest Airlines Co., United Airlines, Inc. | N.D. California (San Francisco) | 3:15cv3387 | Charles R. Breyer |

1061087_1

| No. | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 13. | **Plaintiff**: Sarah Tran<br><br>**Defendants**: American Airlines Inc., Delta Airlines Inc Southwest Airlines Co., United Airlines Inc. | N.D. California (San Francisco) | 3:15cv3412 | Charles R. Breyer |
| 14. | **Plaintiff**: James L Stewart<br><br>**Defendants**: American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Airlines, Inc. | N.D. California (San Francisco) | 3:15cv3446 | Charles R. Breyer |
| 15. | **Plaintiff**: Edward Park<br><br>**Defendants**: American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Airlines, Inc. | N.D. California (San Francisco) | 3:15cv3467 | Charles R. Breyer |
| 16. | **Plaintiffs**: Christina Cleveland, Garrett Kindelspire<br><br>**Defendants**: American Airlines Inc., Delta Airlines Inc. Southwest Airlines Co., United Airlines Inc. | N.D. California (San Francisco) | 3:15cv3497 | Charles R. Breyer |
| 17. | **Plaintiff**: Breanna Jackson, Gloria Goldblatt<br><br>**Defendants**: American Airlines, American Airlines Group Inc., Delta Air Lines Inc., Southwest Airlines Co.<br>United Continental Holdings, Inc., United Airlines, Inc. | N.D. California (San Francisco) | 3:15cv3520 | Charles R. Breyer |
| 18. | **Plaintiff**: Elliot J. Blumenthal<br><br>**Defendants**: American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. | District of Columbia (Washington, DC) | 1:15cv1056 | Colleen Kollar-Kotelly |

1061087_1

| No. | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 19. | **Plaintiff**: William Youmans<br><br>**Defendants**: American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. | District of Columbia (Washington, DC) | 1:15cv1059 | Colleen Kollar-Kotelly |
| 20. | **Plaintiffs**: Shawn Jain<br><br>**Defendants**: American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines, Inc., United Airlines, Inc. | District of Columbia (Washington, DC) | 1:15cv1072 | Colleen Kollar-Kotelly |
| 21. | **Plaintiff**: Rachel Golian<br><br>**Defendants**: American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. | District of Columbia (Washington, DC) | 1:15cv1075 | Colleen Kollar-Kotelly |
| 22. | **Plaintiffs**: Colleen Panzino, Frederick Isaacson<br><br>**Defendants**: American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. | District of Columbia (Washington, DC) | 1:15cv1084 | Colleen Kollar-Kotelly |
| 23. | **Plaintiff**: Richard Price<br><br>**Defendants**:  American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. | District of Columbia (Washington, DC) | 1:15cv1126 | Colleen Kollar-Kotelly |
| 24. | **Plaintiff**: Martin Pomeroy<br><br>**Defendants**:  Delta Air Lines, Inc., American Airlines, Inc. Southwest Airlines Co., United Airlines, Inc. | N.D. Georgia (Atlanta) | 1:15cv2525 | Amy Totenberg |
| 25. | **Plaintiffs**: Anooshirvan Bidgoli, Barbara Hunter, Annie Migdal,<br><br>**Defendants**: American Airlines Group Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Continental Holdings, Inc., United Airlines, Inc., American Airlines, Inc. | N.D. Illinois (Chicago) | 1:15cv5903 | Andrea R. Wood |

1061087_1

| No. | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 26. | **Plaintiff**: Eileen Silver<br><br>**Defendants**: American Airlines Group Inc., American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., United Continental Holdings, Inc., United Airlines, Inc. | N.D. Illinois (Chicago) | 1:15cv6099 | Milton I. Shadur |
| 27. | **Plaintiffs**: Jonathan Schumacher, Larissa D. Kosits<br><br>**Defendants**: American Airlines Group Inc., American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Continental Holdings, Inc., United Airlines, Inc. | N.D. Illinois (Chicago) | 1:15cv6176 | Gary Feinerman |
| 28. | **Plaintiffs**: Richard E Kraft, Vincent Panfil<br><br>**Defendants**: American Airlines Group, American Airlines, Inc., Delta Air Lines Inc., Southwest Airlines Co. United Continental Holdings, Inc., United Airlines, Inc. | N.D. Illinois (Chicago) | 1:15cv6216 | Amy J. St. Eve |
| 29. | **Plaintiffs**: Alana Constantino, Jordan Leigh, Xavier Bess<br><br>**Defendants**: American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. | N.D. Illinois (Chicago) | 1:15cv6323 | Andrea R. Wood |
| 30. | **Plaintiffs**: Jennifer M. Mcmahon, Edward C. Phillips<br><br>**Defendants**: American Airlines Group Inc., American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Continental Holdings, Inc., United Airlines, Inc. | N.D. Illinois (Chicago) | 1:15cv6601 | Harry D. Leinenweber |

- 6 -

| No. | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 31. | **Plaintiff**: Jennifer Berday<br><br>**Defendants**:  American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines, Co., United Airlines, Inc. | S.D. Indiana (Indianapolis) | 1:15cv1129 | Larry J. McKinney |
| 32. | **Plaintiffs**: Steven M. Traut Wells, Inc.<br>d/b/a Traut Wells, Kent Busek<br><br>**Defendants**: American Airlines Group Inc., American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Continental Holdings, Inc., United Airlines, Inc. | D. Minnesota | 0:15cv3026 | Donovan W. Frank |
| 33. | **Plaintiff**: Larry Horwitz<br><br>**Defendants**:  American Airlines Group Inc., American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Continental Holdings, Inc., United Airlines, Inc. | D. Minnesota | 0:15cv3100 | John R. Tunheim |
| 34. | **Plaintiff**: Jay Tilak<br><br>**Defendants**:  American Airlines Group Inc., American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Continental Holdings, Inc., United Airlines, Inc. | D. Minnesota | 0:15cv3103 | John R. Tunheim |
| 35. | **Plaintiff**: John-Gabriel Licht<br><br>**Defendants**:  American Airlines Group Inc., American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., United Continental Holdings, Inc., United Airlines, Inc., | D. Minnesota | 0:15cv3187 | David S. Doty |

- 7 -

| No. | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 36. | **Plaintiff**: Steven Hersh<br><br>**Defendants**: Delta Airlines, Inc., American Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. | E.D. New York (Brooklyn) | 1:15cv3908 | Brian M. Cogan |
| 37. | **Plaintiffs**: Michael Kromar, Sheri Rosalia, Christopher Turtzo, Josh Stamps, Richard Warchol<br><br>**Defendants**: Delta Airlines, Inc., American Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. | E.D. New York (Brooklyn) | 1:15cv3937 | Brian M. Cogan |
| 38. | **Plaintiffs**: State-Boston Retirement System<br><br>**Defendants**: American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. | E.D. New York (Brooklyn) | 1:15cv3974 | Brian M. Cogan |
| 39. | **Plaintiffs**: Howard Sloan Koller Group<br><br>**Defendants**: United Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Airlines, Inc. | E.D. New York (Brooklyn) | 1:15cv4002 | Brian M. Cogan |
| 40. | **Plaintiff**: Kayla Repan<br><br>**Defendants**: American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Airlines, Inc. | E.D. New York (Brooklyn) | 1:15cv4036 | Brain M. Cogan |
| 41. | **Plaintiffs**: Curtis Palmer<br><br>**Defendants**: Delta Air Lines, Inc., American Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. | E.D. New York (Brooklyn) | 1:15cv4047 | Brain M. Cogan |
| 42. | **Plaintiffs**: Heidi Huey<br><br>**Defendants**: American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Airlines, Inc. | E.D. New York (Brooklyn) | 1:15cv4048 | Brain M. Cogan |

| No. | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 43. | **Plaintiffs**: Charles Curley, Dmitriy Bangiyev, Stella Bangiyev<br><br>**Defendants**: Delta Airlines, Inc., American Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. | E.D. New York (Brooklyn) | 1:15cv4062 | Brian M. Cogan |
| 44. | **Plaintiff**: Judah Nathanson<br><br>**Defendants**: American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Airlines, Inc. | E.D. New York (Brooklyn) | 1:15cv4101 | Brian M. Cogan |
| 45. | **Plaintiff**: Amelia Bell<br><br>**Defendants**: Delta Air Lines, Inc., Southwest Airlines Co., United Airlines, Inc., American Airlines, Inc. | E.D. New York (Brooklyn) | 1:15cv4245 | Brian M. Cogan |
| 46. | **Plaintiff**: David Markun<br><br>**Defendants**: American Airlines, Inc., Delta Air Lines, Inc. Southwest Airlines Co., United Airlines, Inc. | E.D. New York (Brooklyn) | 1:15cv4284 | Brian M. Cogan |
| 47. | **Plaintiff**: Delia Mellen<br><br>**Defendants**: American Airlines, Inc., Delta Air Lines, Inc. Southwest Airlines Co., United Airlines, Inc. | E.D. New York (Brooklyn) | 1:15cv4286 | Brian M. Cogan |
| 48. | **Plaintiff**: Gabriel Watkins<br><br>**Defendants**: American Airlines, Inc., Delta Air Lines, Inc. Southwest Airlines Co., United Airlines, Inc. | E.D. New York (Brooklyn) | 1:15cv4287 | Brian M. Cogan |
| 49. | **Plaintiff**: Anthony Deninno<br><br>**Defendants**: American Airlines, Inc., Delta Air Lines, Inc. Southwest Airlines Co., United Airlines, Inc. | E.D. New York (Brooklyn) | 1:15cv4384 | Brian M. Cogan |

1061087_1

| No. | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 50. | **Plaintiff**: Nathan Frank<br><br>**Defendants**: American Airlines, Inc., Delta Air Lines, Inc. Southwest Airlines Co., United Airlines, Inc. | E.D. New York (Brooklyn) | 1:15cv4386 | Brian M. Cogan |
| 51. | **Plaintiffs**: Dean Ted, Bonnie Foster Patrick, Mark Land, Lorrie Ann Coates<br><br>**Defendants**: American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Airlines, Inc. | E.D. New York (Brooklyn) | 1:15cv4472 | Brian M. Cogan |
| 52. | **Plaintiffs**: Christopher Devivo, Jack Sniado, Julia L. Holt<br><br>**Defendants**: Delta Airlines Inc., American Airlines Inc., Southwest Airlines Co., United Airlines, Inc. | S.D. New York (Foley Square) | 1:15cv5162 | Laura Taylor Swain |
| 53. | **Plaintiff**: Jay Winton<br><br>**Defendants**: Southwest Airlines Co., Delta Air Lines Inc., American Airlines Inc., United Airlines Inc. | S.D. New York (Foley Square) | 1:15cv5231 | Laura Taylor Swain |
| 54. | **Plaintiff**: Lilian M. Raji<br><br>**Defendants**: American Airlines Inc., Delta Air Lines Inc., Southwest Airlines Co., United Airlines Inc., | S.D. New York (Foley Square) | 1:15cv5384 | Laura Taylor Swain |
| 55. | **Plaintiff**: Solomon Friedman<br><br>**Defendants**: American Airlines Group Inc., American Airlines Inc., Delta Airlines, Inc., Southwest Airlines Co., United Continental Holdings, Inc., United Airlines Inc. | S.D. New York (Foley Square) | 1:15cv5657 | Laura Taylor Swain |

| No. | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 56. | **Plaintiffs**: Leon Coats, Ron Coats<br><br>**Defendants**: Southwest Airlines Co.<br>American Airlines Group Inc., United Continental Holdings, Inc., Delta Air Lines, Inc. | N.D. Oklahoma (Tulsa) | 4:15cv419 | James H Payne |
| 57. | **Plaintiff**: David Mcenerney, Seth Lyons<br><br>**Defendants**: Delta Airlines, Inc., American Airlines Group, Inc., American Airlines, Inc., Southwest Airlines Co., United Continental Holdings, Inc., United Airlines, Inc. | E.D. Pennsylvania (Philadelphia) | 2:15cv3767 | Gerald A. McHugh |
| 58. | **Plaintiff**: Jeffrey Hardimon<br><br>**Defendants**: Delta Airlines, Inc., American Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. | E.D. Pennsylvania (Philadelphia) | 2:15cv3881 | Gerald A. McHugh |
| 59. | **Plaintiffs**: Elsie M. Jones, Chong Hummel<br><br>**Defendants**: American Airlines Group Inc., American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Airlines, Inc., United Continental Holdings, Inc. | E.D. Pennsylvania (Philadelphia) | 2:15cv4015 | Gerald A. McHugh |
| 60. | **Plaintiffs**: Elizabeth A. Cumming, Kenneth A. Nelson, Jonathan Shankle, Bradford Tomlin, Whitney Tomlin<br><br>**Defendants**: American Airlines, Inc., Southwest Airlines, Co., Delta Airlines, Inc., United Airlines, Inc. | N.D. Texas (Dallas) | 3:15cv2253 | Barbara M.G. Lynn |

1061087_1

| No. | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 61. | **Plaintiffs**: Peter Everitt, Yvette Wheeler<br><br>**Defendants**: American Airlines, Inc., Southwest Airlines Co., Delta Air Lines, Inc., United Airlines, Inc. | N.D. Texas (Dallas) | 3:15cv2299 | Barbara M.G. Lynn |
| 62. | **Plaintiff**: Richard Ieyoub, Sr.<br><br>**Defendants**: Southwest Airlines Co., American Airlines, Inc., Delta Airlines, Inc., United Airlines, Inc. | N.D. Texas (Dallas) | 3:15cv2300 | Barbara M.G. Lynn |
| 63. | **Plaintiff**: Lois Giordano<br><br>**Defendants**: American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., United Airlines, Inc. | N.D. Texas (Dallas) | 3:15cv2310 | Barbara M.G. Lynn |
| 64. | **Plaintiffs**: Ethan Brodsky, Jeffrey Robb, Valbona Alla<br><br>**Defendants**: American Airlines, Inc., Delta Air Lines, Inc., Southwest Airlines Co., United Airlines, Inc. | E.D. Wisconsin (Milwaukee) | 2:15cv902 | J P Stadtmueller |

DATED: August 3, 2015

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
VINCENT M. SERRA

s/ Samuel H. Rudman
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

- 11 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN
DAVID W. MITCHELL
BRIAN O'MARA
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
davidm@rgrdlaw.com
bomara@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
MARK DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
mdearman@rgrdlaw.com

Attorneys for Plaintiffs Michael Kromar, Sheri Rosalia, Christopher Turtzo, Josh Stamps and Richard Warchol (E.D.N.Y. No. 1:15-cv-03937)