BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re DOMESTIC AIRLINE TRAVEL | ) | MDL No. 2656 |
| ANTITRUST LITIGATION | ) | |
| | ) | |

**PROOF OF SERVICE**

On August 3, 2015, I hereby certify that a copy of the foregoing RESPONSE OF PLAINTIFFS MICHAEL KROMAR, SHERI ROSALIA, CHRISTOPHER TURTZO, JOSH STAMPS, AND RICHARD WARCHOL IN SUPPORT OF TRANSFER OF ACTIONS TO THE EASTERN DISTRICT OF NEW YORK, PURSUANT TO 28 U.S.C. §1407 FOR CONSOLIDATED OR COORDINATED PRETRIAL PROCEEDINGS was served on the following parties to this action

**Service via Mail:**

Clerk of the Court
United States District Court for the
    District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

Clerk of the Court
United States District for the Northern
    District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Clerk of the Court
United States District Court for the Northern
    District of California
450 Golden Gate Avenue
San Francisco, CA  94102-3489

Clerk of the Court
United States District Court for the Eastern
    District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Clerk of the Court
United States District Court for the Northern
    District of Texas
1100 Commerce Street, Room 1452
Dallas, TX 75242

Clerk of the Court
Richard B. Russell Federal Building
2211 United States Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3309

Clerk of the Court
316 North Robert Street
100 Federal Building
St. Paul, MN 55101

Clerk of the Court
362 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

Clerk of the Court
United States Court for the Southern
    District of New York
300 Quarropas Street
White Plains, NY  10601-4150

Clerk of the Court
United States District for the Eastern
    District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA  19106-1797

Clerk of the Court
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Clerk of the Court
Birch Bayh Federal Building
    and United States Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Clerk of the Court
Page Belcher Federal Building
333 West 4th Street, Room 411
Tulsa, OK 74103

**Service via Email:**

Counsel for Plaintiff Kathryn Lavin
N.D. California, Case No. 3:15cv3090

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
Hausfeld LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
mlehmann@hausfeld.com
bsweeney@hausfeld.com

clebsock@hausfeld.com

Michael D. Hausfeld
Hilary K. Scherrer
Hausfeld LLP
1700 K Street NW, Suite 650
Washington, DC 20006
mhausfeld@hausfeld.com
hscherrer@hausfeld.com

Christopher L. Sagers
1801 Euclid Ave., LB 138
Cleveland, Ohio 4115
chrissagers@yahoo.com

Counsel for Plaintiff Steven Hersh
E.D. New York, Case No. 15-cv-3908

Linda P. Nussbaum
Susan R. Schwaiger
Nussbaum Law Group, P.C.
570 Lexington Avenue
New York, NY 10022
lnussbaum@nussbaumpc.com
sschwaiger@nussbaumpc.com

Michael E. Criden
Criden & Love, P.A.
7301 SW 57th Court, Suite 515
South Miami, FL 33143
mcriden@cridenlove.com

Counsel for Plaintiffs Christopher Devivo,
Jack Sniado, and Julia L. Holt
S.D. New York, Case No. 1:15-cv-05162

- and -

Counsel for Plaintiff Jay Winton
S.D. New York, Case No.  1:15-cv-05231

Barbara J. Hart
Christian Levis
Sung-Min Lee
Lowey Dannenberg Cohen & Hart, P.C.
One North Broadway – Suite 509
White Plains, NY  10601-2301
bhart@lowey.com
clevis@lowey.com
slee@lowey.com

Counsel for Plaintiffs Anooshirvan Bidgoli,
Barbara Hunter, and Annie Migdal
N.D. Illinois, Case No. 1:15cv5903

Steven A. Hart
Robert J. McLaughlin
Brian H. Eldridge
Segal Mccambridge Singer & Mahoney, LTD.
233 South Wacker Drive
Sears Tower-Suite 5500
Chicago, IL 60606
shart@smsm.com

rmclaughlin@smsm.com
beldridge@smsm.com

Bruce L. Simon
Aaron M. Sheanin
Benjamin E. Shiftan
Pearson, Simon & Warshaw, LLP
44 Montgomery Street, Suite 2450
San Francisco, CA  94104
bsimon@pswlaw.com
asheanin@pswlaw.com
bshiftan@pswlaw.com

Clifford H. Pearson
Daniel L. Warshaw
Bobby Pouya
Alexander R. Safyan
Pearson, Simon & Warshaw, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA  91403
cpearson@pswlaw.com
dwarshaw@pswlaw.com
bpouya@pswlaw.com
asafyan@pswlaw.com

W. Joseph Bruckner
Heidi M. Silton
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
wjbruckner@locklaw.com
hmsilton@locklaw.com

Kevin Bruce Love
Criden & Love, P.A.
7301 SW 57th Court, Suite 515
South Miami, FL  33143
klove@cridenlove.com

Counsel for Plaintiff Elliot J. Blumenthal
District of Columbia, Case No. 1:15-cv-01056

Jon Corey
Quinn Emanuel Urquhart
    & Sullivan, LLP
777 6th Street, NW, 11th Floor
Washington, DC 20001
joncorey@quinnemanuel.com

Stephen R. Neuwirth

Quinn Emanuel Urquhart & Sullivan, LLP
Adam B. Wolfson
51 Madison Avenue, 22nd Floor
New York, New York 10010
stephenneuwirth@quinnemanuel.com

Ronald J. Aranoff
Dana S. Smith
Tania T. Taveras
Bernstein Liebhard LLP
10 East 40th Street
New York, NY  10016
aranoff@bernlieb.com
dsmith@bernlieb.com
taveras@bernlieb.com

Kit A. Pierson
Daniel A. Small
Daniel H. Silverman
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave., NW
Suite 500 West
Washington, DC  20005
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com
dsilverman@cohenmilstein.com

Theodore J. Leopold
Cohen Milstein Sellers & Toll, PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
tleopold@cohenmilstein.com

Counsel for Plaintiff Michele Andrade
N.D. California, Case No. 3:15-cv-03111

Allan Steyer
D. Scott Macrae
Jill M. Manning
Steyer Lowenthal Boodrookas Alvarez
    & Smith LLP
One California Street, Suite 300
San Francisco, CA  94111
asteyer@steyerlaw.com
smacrae@steyerlaw.com
jmanning@steyerlaw.com

Counsel for Plaintiff William Youmans
District of Columbia, Case No. 1:15-cv-01059

Kit A. Pierson
Daniel A. Small
Daniel H. Silverman

Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave., NW
Suite 500 West
Washington, DC  20005
dsmall@cohenmilstein.com
dsilverman@cohenmilstein.com

Theodore J. Leopold
Cohen Milstein Sellers & Toll, PLLC
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL  33410
tleopold@cohenmilstein.com

Counsel for Plaintiff Michael Backus
N.D. California, Case No. 3:15-cv-03137

Matthew J. Preusch
Keller Rohrback L.L.P.
1129 State Street, Suite 8
Santa Barbara, CA  93101
mpreusch@kellerrohrback.com

Lynn Lincoln Sarko
Mark A. Griffin
Raymond J. Farrow
Gretchen Freeman Cappio
Ryan McDevitt
Daniel P. Mensher
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
lsarko@kellerrohrback.com
mgriffin@kellerrohrback.com
rfarrow@kellerrohrback.com
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
dmensher@kellerrohrback.com

Counsel for Plaintiff David Mcenerney and
Seth Lyons
E.D. Pennsylvania, Case No. 2:15-cv-03767

A. Luke Smith
Radice Law Firm, P.C.
143 W. Walnut Ln., Suite 102-R
Philadelphia, PA  19144
lsmith@radicelawfirm.com

John Radice
34 Sunset Blvd.
Long Beach, NJ  08008
jradice@radicelawfirm.com

Counsel for Plaintiffs Elizabeth C. Cumming,

Warren T. Burns

| | |
|---|---|
| Kenneth A. Nelson, Jonathan Shankle, Bradford Tomlin, and WhitneyTomlin N.D. Texas, Case No. 3:15-cv-02253 | Daniel H. Charest<br>Burns Charest LLP<br>500 North Akard Street, Suite 2810<br>Dallas, Texas  75201<br>wburns@burnscharest.com<br>dcharest@burnscharest.com<br><br>Korey A. Nelson<br>Burns Charest LLP<br>365 Canal Street, Suite 1170<br>New Orleans, LA  70130<br>knelson@burnscharest.com |
| Counsel for Plaintiff Howard Sloan Koller Group E.D. New York, Case No. 1:15-cv-04002 | Robert N. Kaplan<br>Frederic S. Fox<br>Gregory K. Arenson<br>Richard J. Kilsheimer<br>Donald R. Hall<br>Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>rkaplan@kaplanfox.com<br>ffox@kaplanfox.com<br>garenson@kaplanfox.com<br>dhall@kaplanfox.com<br>rkilsheimer@kaplanfox.com |
| Counsel for Plaintiff Barbara E. Hartley N.D. California, Case No. 3:15-cv-03176 | Francis O. Scarpulla<br>Law Offices of Francis O. Scarpulla<br>44 Montgomery St., Suite 3400<br>San Francisco, CA 94111<br>fos@scarpullalaw.com |
| Counsel for Plaintiff Shawn Jain District of Columbia, Case No. 1:15-cv-01072 | Gary E. Mason<br>Jason S. Rathod<br>Whitfield Bryson & Mason LLP<br>1625 Massachusetts Ave., NW, Suite 605<br>Washington, DC  20036<br>gmason@wbmllp.com<br>jrathod@wbmllp.com |
| Counsel for Plaintiff Rachel Golian District of Columbia, Case No. 1:15-cv-01075 | Jon Corey<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>777 6th Street, NW, 11th Floor<br>Washington, DC  20001<br>joncorey@quinnemanuel.com |

Stephen R. Neuwirth
Adam B. Wolfson
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
stephenneuwirth@quinnemanuel.com
adamwolfson@quinnemanuel.com

Ronald J. Aranoff
Bernstein Liebhard LLP
10 East 40th Street
New York, NY  10016
Aranoff@bernlieb.com

Counsel for Plaintiff Kayla Repan
E.D New York, Case No. 1:15-cv-04036

Frederic S. Fox
Gregory K. Arenson
Richard J. Kilsheimer
Donald R. Hall
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY  10022
ffox@kaplanfox.com
garenson@kaplanfox.com
rkilsheimer@kaplanfox.com
dhall@kaplanfox.com

Marc A. Wites
Wites & Kapetan, P.A.
4400 N. Federal Highway
Lighthouse Point, FL  33064
mwites@wklawyers.com

Counsel for Plaintiff Heidi Huey
E.D. New York, Case No. 1:15-cv-04048

Steven N. Williams
Joseph W. Cotchett
Steven N. Williams
Alex E. Barnett
Cotchett, Pitre & McCarthy, LLP
40 Worth Street
New York, NY 10013
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
abarnett@cpmlegal.com

Adam J. Zapala
Elizabeth Tran
Joyce Chang

|  | Cotchett, Pitre & McCarthy, LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>azapala@cpmlegal.com<br>etran@cpmlegal.com<br>jchang@cpmlegal.com |
|---|---|
| Counsel for Plaintiff Curtis Palmer<br>E.D. New York, Case No. 1:15-cv-04047 | Linda P. Nussbaum<br>Susan R. Schwaiger<br>Nussbaum Law Group, P.C.<br>570 Lexington Avenue, 19th Floor<br>New York, NY  10022<br>lnussbaum@nussbaumpc.com<br>sschwaiger@nussbaumpc.com |
| Counsel for Plaintiff Steven M. Traut Wells,<br>Inc. d/b/a/ Traut Wells, and Kent Busek<br>District of Minnesota, Case No. 0:15-cv-03026 | Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle Looby<br>Joshua J. Rissman<br>Gustafson Gluek PLLC<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN  55402<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlobby@gustafsongluek.com<br>jrissman@gustafsongluek.com |
| Counsel for Plaintiffs Colleen Panzino and<br>Frederick Isaacson<br>District of Columbia, Case No. 1:15-cv-01084 | Scott·Simmer (**served via U.S. Mail**)<br>Simmer Law Group PLLC<br>The Watergate, Suite 10A<br>Washington, DC  20037<br><br>James E. Cecchi<br>Lindsey H. Taylor<br>Carella, Byrne, Ceccid, Olstein, Brody<br>& Agnello, P.C.<br>5 Becker Farm Road<br>Roseland, New Jersey 077068<br>JCecchi@carellabyrne.com<br>LTaylor@carellabyrne.com<br><br>Stephen A. Weiss<br>James A. O'Brien III<br>Seeger Weiss LLP<br>77 Water St., 26th Fl. |

New York, New York 10005
sweiss@seegerweiss.com

Roland Tellis
Baron & Budd, PC
15910 Ventura Blvd., Suite 1600
Encino, California 91436
rtellis@baronbudd.com

Aaron S. Podhurst
Steven C. Marks
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130
apodhurst@podhurst.com
smarks@podhurst.com

Charles F. Speer  (*served via U.S. Mail*)
Speer Law Firm
104 W. 9th Street
Kansas City, Missouri 64105

| | |
|---|---|
| Counsel for Plaintiffs Charles Curley, Dmitriy Bangiyev and Stella Bangiyev E.D. New York, Case No. 1:15-cv-04062 | Thomas G. Amon Peter B. Patterson, Jr. Law Offices of Thomas G. Amon 250 West 57th Street, Suite 1316 New York, NY 10107 tamon@amonlaw.com ppatterson@amonlaw.com |

Brian J. Robbins
George C. Aguilar
Gregory E. Del Gaizo
Leonid Landinov
Robbins Arroyo LLP
600 B Street, Suite 1900
San Diego, CA 92101
brobbins@robbinsarroyo.com
gaguilar@robbinsarroyo.com
gdelgaizo@robbinsarroyo.com
lkandinov@robbinsarroyo.com

| | |
|---|---|
| Counsel for Plaintiff Lilian M. Raji S.D. New York, Case No. 1:15-cv-05384 | Todd S. Garber D. Greg Blankinship Finkelstein, Blankinship, Frei-Pearson    & Garber LLP 1311 Mamaroneck Ave., Suite 220 |

|  | White Plains, NY 10605 |
|---|---|
|  | tgarber@fbfglaw.com |
|  | gblankinship@fbfglaw.com |

| Counsel for Plaintiff Charles Carte<br>C.D. California, Case No. 2:15-cv-05208 | Lionel Z. Glancy<br>Glancy Prongay & Murray LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>lglancy@glancylaw.com |
|---|---|
|  | Brian Murray<br>Lee Albert<br>Thomas J. Kennedy<br>Glancy Prongay & Murray LLP<br>122 East 42nd Street, Suite 2920<br>New York, NY 10168<br>bmurray@glancylaw.com<br>lalbert@glancylaw.com<br>tkennedy@glancylaw.com |
| Counsel for Plaintiff Eileen Silver<br>N.D. Illinois, Case No. 1:15-cv-06099 | Jayne A. Goldstein<br>Pomerantz LLP<br>10 S. LaSalle Street, Ste. 3505<br>Chicago, IL 60603<br>jagoldstein@pomlaw.com |
| Counsel for Plaintiff Judah Nathanson<br>E.D. New York, Case No. 1:15-cv-04101 | Gregory A. Frank<br>Marvin L. Frank<br>Bridget V. Hamill<br>Asher Hawkins<br>Frank & Bianco LLP<br>275 Madison Avenue, Suite 705<br>New York, New York 10016<br>info@frankandbianco.com |
| Counsel for Plaintiff Richard P. Ieyoub, Sr.<br>N.D. Texas, Case No. 3:15-cv-02300 | Mazin A. Sbaiti<br>Steckler LLP<br>12720 Hillcrest Rd., Suite 1045<br>Dallas, Texas 75230<br>mazin@stecklerlaw.com |
|  | Arthur M. Murray<br>Stephen B. Murray, Jr.<br>Robin M. Primeau<br>Murray Law Firm<br>650 Poydras Street, Suite 2150 |

|  | New Orleans, Louisiana 70130 |
|  | amurray@murray-lawfirm.com |
|  | smurrayjr@murray-lawfirm.com |
|  | rmyers@murray-lawfirm.com |

| Counsel for Plaintiff Craig Kelly<br>N.D. California, Case No. 3:15-cv-03222<br><br>- and -<br><br>Counsel for Plaintiff Mingli Chen<br>N.D. California, Case No. 3:15-cv-03342 | Christopher T. Micheletti<br>Jiangxiao Athena Hou<br>Eric W. Buetzow<br>Zelle Hofmann Voelbel & Mason LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>cmicheletti@zelle.com<br>ahou@zelle.com<br>ebuetzow@zelle.com |
| Counsel for Plaintiff Lois Giordano<br>N.D. Texas, Case No. 3:15-cv-02310 | Michael A. Caddell<br>Cynthia B. Chapman<br>Caddell & Chapman<br>1331 Lamar St., Suite 1070<br>Houston TX 77010<br>mac@caddellchapman.com<br>cbc@caddellchapman.com<br><br>Benjamin F. Johns<br>Andrew W. Ferich<br>Chimicles & Tikellis LLP<br>361 W. Lancaster Avenue<br>Haverford, PA 19041<br>BFJ@Chimicles.com<br>AWF@Chimicles.com |
| Counsel for Plaintiffs Peter Everitt and Yvette Wheeler<br>N.D. Texas, Case No. 3:15-cv-02299 | Warren T. Burns<br>Daniel H. Charest<br>Burns Charest LLP<br>500 North Akard Street, SUite 2810<br>Dallas, Texas 75201<br>dcharest@burnscharest.com<br>wburns@burnscharest.com<br><br>Korey A. Nelson<br>Elizabeth A. Roche<br>Burns Charest LLP<br>365 Canal Street, Suite 1170<br>New Orleans,  Louisiana 70130<br>knelson@burnscharest.com<br>eroche@burnscharest.com |

Isaac L. Diel
Sharp McQueen P.A.
Financial Plaza
6900 College Boulevard, Suite 285
Overland Park, KS  66211
idiel@sharpmcqueen.com

Counsel for Plaintiff Jeffrey Hardimon
E.D. Pennsylvania, Case No. 2:15-cv-03881

Mark S. Goldman
Paul J. Scarlato
Brian D. Peimy
Goldman Scarlato & Penny, P.C.
101 E. Lancaster Avenue, Suite 204
Wayne, PA 19087
goldman@lawgsp.com
scarlatoalawgsp.com
penny@lawgsp.com

Marc H. Edelson
Edelson & Associates, LLC
3 Terry Drive, Suite 205
Newtown, PA 18940
medelson@edelson-law.com

Counsel for Plaintiffs James Grimes
and Michael Coffey, Jr.
N.D. California, Case No. 3:15-cv-03269

Lesley E. Weaver
Block & Leviton LLP
492 9th Street, Suite 260
Oakland, CA 94607
lweaver@blockesq.com

Whitney E. Street
Erica G. Langsen
Block & Leviton LLP
155 Federal Street, Suite 400
Boston, MA  02110
wstreet@blockesq.com
elangsen@blockesq.com

Peter Safirstein
Roger A. Sachar Jr.
Domenico Minerva
Morgan & Morgan
28 West 44th Street, Suite 2001
New York, NY 10036
PSafirstein@MorganSecuritiesLaw.com
RSachar@MorganSecuritiesLaw.com
DMinerva@Forthepeople.com

| | |
|---|---|
| Counsel for Plaintiff Richard Price<br>District of Columbia, Case No. 1:15-cv-01126 | Steven N. Berk<br>Berk Law PLLC<br>1625 Massachusetts Avenue NW, Suite 605<br>Washington, DC, 20036<br>steven@berklawdc.com |

Paul M. Donovan  (***served via U.S. Mail***)
Laroe, Winn, Moerman & Donovan
1250 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036

Howard Langer
Peter Leckman
Langer Grogan & Diver, P.C.
1717 Arch Street, Suite 4130
Philadelphia, PA 19103
hlanger@langergrogan.com
pleckman@langergrogan.com

Michael Boni
Joshua Snyder
Boni & Zack LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
MBoni@bonizack.com
JSnyder@bonizack.com

Counsel for Plaintiffs Jonathan Schumacher
and Larissa D. Kosits
N.D. Illinois, Case No. 1:15-cv-06176

Steven A. Hart
Robert J. McLaughlin
Brian H. Eldridge
Segal Mccambridge Singer
    & Mahoney, LTD.
233 South Wacker Drive
Willis Tower-Suite 5500
Chicago, Illinois 60606
shart@smsm.com
rmclaughlin@smsm.com
beldridge@smsm.com

W. Joseph Bruckner
Heidi M. Silton
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
wjbruckner@locklaw.com
hmsilton@locklaw.com

Elizabeth C. Pritzker
Pritzker Levine LLP
180 Grand Avenue, Suite 1390
Oakland, California 94612
ecp@pritzkerlevine.com

George R. Corey
Amanda L. Riddle
Corey, Luzaich, De Ghetaldi, Nastari,
   & Riddle LLP
700 El Camino Real
Millbrae, CA 94030
grc@coreylaw.com
alr@coreylaw.com

Counsel for Plaintiffs Richard E. Kraft
and Vincent Panfil
N.D. Illinois, Case No. 1:15-cv-06216

John R. Malkinson
Seth R. Halpern
Malkinson & Halpern, P.C.
208 S. LaSalle Street, Suite 1750
Chicago, IL 60604
jmalkinson@mhtriallaw.com
shalpern@mhtriallaw.com

Counsel for Plaintiff Richard King
N.D. California, Case No. 3:15-cv-03296

Azra Z. Mehdi
The Mehdi Firm, PC
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
azram@themehdifirm.com

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
Hausfeld LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

Michael D. Hausfeld
Hilary K. Scherrer
Hausfeld LLP
1700 K Street NW, Suite 650
Washington, DC 20006
mhausfeld@hausfeld.com

hscherrer@hausfeld.com

Counsel for Plaintiff Martin Pomeroy
N.D. Georgia, Case No. 1:15-cv-02525

David A. Bain
Law Offices of David A. Bain, LLC
1050 Promenade II
1230 Peachtree Street
Atlanta, GA 30309
dbain@bain-law.com

Kenneth G. Gilman
Gilman Law LLP
8951 Bonita Beach Road, S.E. Suite 525
Bonita Springs, FL 34135
kgilman@gilmanlawllp.com

Counsel for Plaintiffs Alana Costantino,
Jordan Leigh and Xavier Bess
N.D. Illinois, Case No. 1:15-cv-06323

George A. Zelcs
Robert E. Litan
Korein Tillery, LLC
205 North Michigan, Suite 1950
Chicago, IL 60601
gzelcs@koreintillery.com
rlitan@koreintillery.com

Stephen M. Tillery
Garrett R. Broshuis
Korein Tillery, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
stillery@koreintillery.com
gbroshuis@koreintillery.com

Counsel for Solomon Friedman
S.D. New York, Case No. 1:15-cv-05657

Fred Taylor Isquith, Sr.
Thomas H. Burt
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, New York 10016
Isquith@whafh.com
burt@whafh.com

Shannon L. Hopkins
Nancy A. Kulesa
Levi & Korsinsky, LLP
733 Summer Street, Suite 304
Stamford, CT  06901
shopkins@zlk.com
nkulesa@zlk.com

| | |
|---|---|
| Counsel for Plaintiff Amelia Bell<br>E.D New York, Case No. 1:15-cv-04245 | Brendan E. Little<br>Moshe S. Maimon<br>Levy Konigsberg, LLP<br>800 Third Ave., 11th Floor<br>New York, NY 10022<br>blittle@levylaw.com<br>mmaimon@levylaw.com<br><br>Michael P. Thornton<br>Jotham C. Kinder<br>Thornton Law Firm LLP<br>100 Summer Street 30th Floor<br>Boston, MA 02110<br>mthornton@tenlaw.com<br>jkinder@tenlaw.com |
| Counsel for Plaintiffs Elsie M. Jones<br>and Chong Hummel<br>E.D. Pennsylvania, Case No. 2:15-cv-04015 | Kirriherly A. Justice<br>Joseph H. Meltzer<br>Terence S. Ziegler<br>Naumon A. Amjed<br>Kessler Topaz Meltzer & Check LLP<br>280 King of Prussia Road<br>Radnor, PA  19087<br>kjustice@ktmc.com<br>jmeltzer@ktmc.com<br>tziegler@ktmc.com<br>namjed@ktmc.com |
| Counsel for Plaintiff Larry Horwitz<br>District of Minnesota, Case No. 0:15-cv-03100 | Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Joshua J. Rissman<br>Gustafson Gluek PLLC<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN  55402<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlobby@gustafsongluek.com<br>jrissman@gustafsongluek.com<br><br>E. Powell Miller<br>Marc L. Newman<br>Richard L. Merpi II<br>The Miller Law Firm, P.C.<br>950 West University Dr. Ste. 300 |

|  | Rochester, MI  48307 |
|--|----------------------|
|  | epm@millerlawpc.com |
|  | mln@millerlawpc.com |
|  | rlm@millerlawpc.com |

Counsel for Plaintiff Jay Tilak
District of Minnesota, Case No. 0:15-cv-03103

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN  55402
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlobby@gustafsongluek.com
jrissman@gustafsongluek.com

Dianne M. Nast
Daniel N. Gallucci
Erin C. Burns
NastLaw LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
dnast@nastlaw.com
dgallucci@nastlaw.com
eburns@nastlaw.com

Counsel for Plaintiff Jennifer Berday
S.D. Indiana, Case No. 1:15-cv-01129

Irwin B. Levin
Richard E. Shevitz
Scott D. Gilchrist
Vess A. Miller
Lynn A. Toops
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN  46204
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
scilchrist@cohenandmalad.com
vmiller@cohenandmalad.com
ltoops@cohenandmalad.com

Counsel for Plaintiff Stephanie Jung
N.D. California, Case No. 3:15-cv-03362

Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Elizabeth Tran

|  | Joyce Chang |
|---|---|
|  | Cotchett, Pitre & McCarthy, LLP |
|  | 840 Malcolm Road |
|  | Burlingame, CA 94010 |
|  | jcotchett@cpmlegal.com |
|  | swilliams@cpmlegal.com |
|  | azapala@cpmlegal.com |
|  | etran@cpmlegal.com |
|  | jchang@cpmlegal.com |

Counsel for Plaintiff Della Mellen
E.D. New York, Case No. 1:15-cv-04286

Noah Shube
The Law Offices ofNoah Shube
401 Broadway, Suite 2115
New York, New York 10013
nshube@nsfirm.com

Damon J. Chargois
Mashayekh & Chargois, P.C.
One Riverway, suite 1700
Houston, TX  770256
damon@cmhllp.com

Counsel for Plaintiff David Markun
E.D. New York, Case No. 1:15-cv-04284

Noah Shube
The Law Offices ofNoah Shube
401 Broadway, Suite 2115
New York, New York 10013
nshube@nsfirm.com

Counsel for Plaintiff Gabriel Watkins
E.D. New York, Case No. 1:15-cv-04287

Noah Shube
The Law Offices ofNoah Shube
401 Broadway, Suite 2115
New York, New York 10013
nshube@nsfirm.com

Michael Goldberg  (***served via U.S. Mail***)
Brian J. Schall
Goldberg Law PC
13650 Marina Pointe Dr. Ste. 1404
Marina Del Rey, CA 90292

Counsel for Plaintiff Sarah Tran
N.D. California, Case No. 3:15-cv-03412

Rosemary M. Rivas
Finkelstein Thompson LLP
One California Street, Suite 900
San Francisco, California 94111
rrivas@finkelsteinthompson.com

Douglas G. Thompson

Michael G. McLellan
Finkelstein Thompson LLP
1077 30th Street NW, Suite 150
Washington, DC 20007
dthompson@finkelsteinthompson.com
mmclellan@finkelsteinthompson.com

Counsel for Plaintiff Judy Reiber
N.D. California, Case No. 3:15-cv-03387

Daniel R. Shulman
Gray, Plant, Mooty
80 South 8th Street
500 IDS Center
Minneapolis, MN 55402
daniel.shulman@gpmlaw.com

Counsel for Plaintiff Cherokii Verduzco
N.D. California, Case No. 3:15-cv-03374

Guido Saveri
R. Alexander Saveri
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
guido@saveri.com
rick@saveri.com

Randy R. Renick
Hadsell Stormer & Renick LLP
250 E. 1st Street, Suite 1201
Los Angeles, CA 90012
rrr@hsrlegalfund.com

Counsel for Plaintiff Anthony Deninno
E.D. New York, Case No. 1:15-cv-04384

Neil H. Greenberg
Neil H. Greenberg & Associates, P.C.
900 Merchants Concourse, Suite 314
Westbury, New York 11590

Counsel for Plaintiffs Jennifer M. McMahon
and Edward C. Phillips
N.D. Illinois, Case No. 1:15-cv-06601

Steven A. Hart
Robert J. McLaughlin
Brian H. Eldridge
Segal McCambridge Singer
    & Mahoney, LTD.
233 South Wacker Drive
Willis Tower-Suite 5500
Chicago, Illinois 60606
shart@smsm.com
rmclaughlin@smsm.com
beldridge@smsm.com

W. Joseph Bruckner

Heidi M. Silton
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
wjbruckner@locklaw.com
hmsilton@locklaw.com

Dario de Ghetaldi
Amanda L. Riddle
Jennifer E. McGuire
Corey, Luzaich, De Ghetaldi,
    Nastari & Riddle LLP
700 El Camino Real
P.O. Box 669
Millbrae, California 94030
deg@coreylaw.com
alr@coreylaw.com
jem@coreylaw.com

Elizabeth C. Pritzker
Pritzker Levine LLP
180 Grand Avenue, Suite 1390
Oakland, California 94612
ecp@pritzkerlcvine.com

Counsel for Plaintiff Nathan Frank
E.D. New York, Case No. 1:15-cv-04386

Neil H. Greenberg
Justin M. Reilly
Neil H. Greenberg & Assoc. P.C.
900 Merchants Concourse, Suite 314
Westbury, NY 11590
ngxeenberg@nhglaw.com
justin@nhglaw.com

Philip J. Gordon
Gordon Law Group LLP
585 Boylston Street
Boston, Massachusetts 02116
pgordon@gordonllp.com

Counsel for Plaintiffs Leon Coats and
Ron Coast
N.D. Oklahoma, Case No. 4:15-cv-00419

Wilfred K. Wright Jr.
Wright Law PLC
P.O. Box 982
Claremore, Oklahoma 74018
re.9001@yalloo.com

Allan Kanner
Cynthia St. Amant

Kanner & Whiteley, LLC
701 Camp Street
New Orleans, LA 70130
a.kanner@kanner-law.com
c.stamant@kanner-law.com

Counsel for Plaintiffs Ethan Brodsky, Jeffrey
Robb, and Valbona Alla
E.D. Wisconsin, Case No. 2:15-cv-902

Guri Ademi
Shpetim Ademi
John D. Blythin
Mark A. Eldridge
Denise L. Morris
Ademi & O'Reilly, LLP
3620 Layton Avenue
Cudahy, Wisconsin 53110
gademi@ademilaw.com
sademi@ademilaw.com
jblythin@ademilaw.com
meldridge@ademilaw.com

Counsel for Plaintiff James I. Stewart
N.D. California, Case No. 3:15-cv-03446

Azra Z. Mehdi
The Mehdi Firm, PC
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
azram@themehdifirm.com

Counsel for Plaintiffs Dean Ted, Bonnie Foster
Patrick, Mark Land and Lorrie Ann Coates
E.D. New York, Case No. 1:15-cv-04472

Noah Shube
The Law Offices ofNoah Shube
401 Broadway, Suite 2115
New York, New York 10013
nshube@nsfirm.com

Stephen E. Baril
Paul D. Anders
Kaplan Voekler Cunningham & Frank PLC
140 1 East Cary Street
P.O. Box 2470
Richmond, Virginia 23218
sbaril@kv-legal.com
panders@kv-legal.com

Counsel for Plaintiffs Christina Cleveland and
Garrett Kindelspire
N.D. California, Case No. 3:15-cv-03497

Manfred P. Muecke
Bonnett Fairbourn Friedman & Balint P.C.
600 West Broadway, Suite 900
San Diego, CA 92101
mmuecke@bffb.com

Counsel for Plaintiff John-Gabriel Licht        Charles S. Zimmerman
District of Minnesota, Case No. 0:15-cv-03187    David M. Cialkowski
                                                June P. Hoidal
                                                1100 IDS Center, 80 South 8th St.
                                                Minneapolis, MN 55402
                                                charles.zimmerman@zimmreed.com
                                                david.cialkowski@zimmreed.com
                                                june.hoidal@zimmreed.com

Counsel for Edward Park                          Jack W. Lee
N.D. California, Case No. 3:15-cv-03467          Derek G. Howard
                                                Aron K. Liang
                                                Sean Tamura-Sato
                                                Minami Tamaki, LLP
                                                360 Post Street, 8th Floor
                                                San Francisco, CA  94108
                                                jlee@minamitamaki.com
                                                dhoward@minamitamaki.com
                                                aliang@minamitamaki.com
                                                seant@minamitamaki.com

Counsel for Plaintiffs Breanna Jackson          Eric B. Fastiff
and Gloria Goldblatt                            Brendan P. Glackin
N.D. California, Case No. 3:15-cv-03520          RoseMarie Maliekel
                                                Lieff Cabraser Heimann & Bernstein, LLP
                                                275 Battery Street, 29th Floor
                                                San Francisco, CA 94111-3339
                                                efastiff@lchb.com
                                                bglackin@lchb.com
                                                rmaliekel@lchb.com

                                                Dan Drachler
                                                Zwerling, Schachter & Zwerling, LLP
                                                1904 Third Avenue, Suite 1030
                                                Seattle, WA 98101
                                                ddrachler@zsz.com

                                                Robert S. Schachter
                                                Ana Maria Cabassa
                                                Zwerling, Schachter & Zwerling, LLP
                                                41 Madison Avenue
                                                New York, NY 10010
                                                rschachter@zsz.com
                                                acabassa@zsz.com

Counsel for Plaintiff State-Boston Retirement    Gregory S. Asciolla

System
E.D. New York, Case No. 1:15-cv-03974

Labaton Sucharow LLP
140 Broadway
New York, NY 10005
gasciolla@labaton.com


Katrina Marie Robson
O'Melveny And Myers
1625 Eye St., NW
Washington , DC  20006
Krobson@omm.Com

Michael Lacovara
Freshfields Bruckhaus Deringer Us LLP
601 Lexington Avenue
New York , NY  10022
michael.macovara@freshfields.com

Counsel for American Airlines Group, Inc.

Counsel for United Airlines Inc. and United
Continental Holdings, Inc.


Carolyn M. Hazard
Dechert LLP
Cira Centre
2929 Arch St.
Philadelphia, PA 19104
carolyn.hazard@dechert.com

Sloane Ackerman
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
sackerman@omm.com

Counsel for American Airlines Inc.

Counsel for American Airlines Inc.

Matthew L. Schwartz
Boies, Schiller & Flexner LLP
575 Lexington Avenue
7th Floor
New York, NY 10022
mlschwartz@bsfllp.com

Alden L. Atkins
Vinson & Elkins LLP
2200 Pennsylvania Ave., NW, Suite 500 West
Washington, D.C.  20037
aakins@velaw.com

Counsel for Southwest Airlines Co.

Counsel for Delta Air Lines Inc.


DATED:  August 3, 2015

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
VINCENT M. SERRA


_____
       s/ Samuel H. Rudman
      SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
PATRICK J. COUGHLIN
DAVID W. MITCHELL
BRIAN O. O'MARA
ALEXANDRA S. BERNAY
CARMEN A. MEDICI
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
davidm@rgrdlaw.com
bomara@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
MARK DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
mdearman@rgrdlaw.com

Attorneys for Plaintiffs Michael Kromar, Sheri
Rosalia, Christopher Turtzo, Josh Stamps and
Richard Warchol (E.D.N.Y. No. 1:15-cv-03937)